

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-CR-DIMITROULEAS

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(b)(2)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
                            )
BERT E. HARRIS,             )
                            )
            Defendant.      )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 15, 1999, in Broward County, in the Southern District of Florida, the defendant,

**BERT E. HARRIS,**

did knowingly receive and attempt to receive a visual depiction, that is, a videotape entitled "INCEST FAMILY" that had been mailed, and had been shipped and transported in interstate commerce, and which contained materials which had been mailed and shipped in interstate commerce, depicting minors engaging in

sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including but not limited to a visual depiction of the following:

> With respect to "INCEST FAMILY:" a visual depiction of a sexually mature female and a minor female engaged in oral-genital sexual intercourse upon a sexually mature male, and further depicting the aforementioned sexually mature female engaged in masturbation of the aforementioned minor female.

the production of which involved the use of one or more minors engaging in sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT II

On or about December 15, 1999, in Broward County, in the Southern District of Florida, the defendant,

**BERT E. HARRIS,**

did knowingly possess and attempt to possess a videotape entitled "INCEST FAMILY" which contained a visual depiction that had been mailed, and had been shipped and transported in interstate commerce, depicting minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including but not limited to a videotape of the following:

> With respect to "INCEST FAMILY:" a visual depiction of a sexually mature female and a minor female engaged in oral-genital sexual intercourse upon a sexually mature male, and further depicting the aforementioned sexually mature female engaged in masturbation of the aforementioned minor female.

the production of which involved the use of one or more minors

engaging in sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                 **CERTIFICATE OF TRIAL ATTORNEY***

BERT E. HARRIS                    **Superseding Case Information**:

**Court Division**: (Select One)   New Defendant(s)          ___ Yes ___ No
                                   Number of New Defendants  ___
___ Miami    ___ Key West          Total number of counts    ___
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    ___NO___
   List language and/or dialect    _____

4. This case will take   _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days        _X_      Petty       ___
   II   6 to 10 days       ___      Minor       ___
   III  11 to 20 days      ___      Misdem.     ___
   IV   21 to 60 days      ___      Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)   ___NO___
   If yes:
   Magistrate Case No.  _____
   Related Miscellaneous numbers:       ___99-4862-SNOW___
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the  _____     District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                          _____
                          KATHLEEN RICE
                          ASSISTANT UNITED STATES ATTORNEY
                          Florida Bar No. 100765

*Penalty Sheet(s) attached                                   REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** BERT E. HARRIS          **Case No.** _____

===============================    ==============================================

Count #: 1

RECEIPT OF AND ATTEMPT TO RECEIVE VISUAL DEPICTION OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. § § 2252(a)(2), (b)(1)

**Max. Penalty:**     15 YEARS' IMPRISONMENT; $250,000 FINE
==========================================================================
Count #: 2

POSSESSION OF AND ATTEMPTED POSSESSION OF VIDEOTAPE CONTAINING VISUAL DEPICTION OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. § § 2252(a)(4)(B), (b)(2)

**Max. Penalty:**     5 YEARS' IMPRISONMENT; $250,000 FINE
==========================================================================
Count #.

_____

_____

**Max. Penalty:**
==========================================================================
Count #:

_____

_____

**Max. Penalty:**
==========================================================================
Count #:

_____

_____

**Max. Penalty:**
==========================================================================

==========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.