# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES·OF AMERICA

V.

**WARRANT FOR ARREST**

BERT E. HARRIS

CASE NUMBER **00-6051**
CR-DIMITROULEAS

TO:   The United States Marshal
        and any Authorized United States Officer

Name MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest___BERT E. HARRIS_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X |Indictment  |  |Information  |  |Complaint  |  |Order of court  |  |Violation Notice  |  |Probation Violation Petition

charging him or her with (brief description of offense)

RECEIVING VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR AND POSSESSING A VIDEOTAPE WHICH CONTAINED VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR

in violation of Title 18_ United States Code, Section(s) _2252(a)(2), (a)(4)(B)_____

**Clarence Maddox**_____
Name of Issuing Officer

**Court Administrator/Clerk of the Court**_____
Title of Issuing Officer

_____
Issuing Officer

3/02/00 at Fort Lauderdale, Florida_____
Date and Location

*LURANA S. SNOW*
by _CHIEF MAGISTRATE JUDGE_____
Name of Judicial Officer

Bail fixed at $__150,000 PSB_____
*Not to be incarcerated overnight*

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

