UNITED STATES DISTRICT COURT
United States Courthouse
219 So. Dearborn St.
Chicago, Illinois 60604

MICHAEL W. DOBBINS                          OFFICE OF THE CLERK
CLERK                                         March 7, 2000

United States District Court
United States Courthouse
299 East Broward Boulevard        RE: USA v Bert Harris
Fort Lauderdale, FL 33301
                                  00-6051-CR-WPD

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

    X Docket Sheet, Case No.    Temporary Commitment
       00cr157

    X Affidavit in Removal     Final Commitment
       Proceedings

      Magistrate Judge's       X Order of Removal of
      and Complaint            Defendant

      CJA 20 Form               Detention Order

    X Appearance form          X Appearance Bond

    X Pretrial Release Order     Other Order appointing counsel

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

           Sincerely yours

           MICHAEL W DOBBINS CLERK

           By: _____
           Patricia Palumbo Deputy Clerk

# United States District Court
FOR THE
## NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

MAR -7 2000

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

# 00CR0157

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) SS | CASE NUMBER _____ |
| NORTHERN DISTRICT OF ILLINOIS | ) | |

MAGISTRATE JUDGE KEYS

The undersigned Affiant personally appeared before __Arlander Keys_____,

a United States Magistrate Judge, and being duly sworn on oath, states: that at

__Ft. Lauderdale__, __Florida__, one __Bert Harris_____, was charged
(City)         (State)           (Defendant's Name)

with the violation of Section __2252(a)(2)__ of the United States Code, Title __18__, for the

offense of __knowingly receiving or distributing child pornography_____, and that on the basis of Affiant's investigation

and information received concerning the case through official channels, does hereby certify that

an __Arrest_____ Warrant is outstanding for the arrest of said defendant.
(Bench or Magistrate Judge)

Wherefore, Affiant prays that the defendant be dealt with according to law.

**F I L E D**

MAR -7 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

_William A. Bonney_
(Agent's Signature on Oath)

_William A. Bonney_
(Agent's Name and Title)
US Postal Inspector

Subscribed and Sworn to before me this
__6th__ day of __March 2000__, /99/

__Arlander Keys__ /s/ Arlander Keys
United States Magistrate Judge

Anthony J. Masciopinto
Name of Assistant U.S. Attorney
Assigned to this case.

Bond set [or recommended] by issuing Court at _____.
(State conditions or that no bond set)

/

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

BERT E. HARRIS

## WARRANT FOR ARREST

CASE NUMBER: 00-6051

CR-DIMITROULEAS
Name MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BERT E. HARRIS__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)

RECEIVING VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR AND POSSESSING A VIDEOTAPE WHICH CONTAINED VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR

in violation of Title __18__ United States Code, Section(s) __2252(a)(2), (a)(4)(B)__

> Certified to be a true and correct copy of the document on file
> Clarence Maddox, Clerk,
> U.S. District Court
> Southern District of Florida
> _[signature]_      Deputy Clerk
> Date __3-2-00__

__Clarence Maddox__
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_[signature]_
Issuing Officer

3/02/00 at Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
LURANA S. SNOW
by __CHIEF MAGISTRATE JUDGE__
Name of Judicial Officer

Bail fixed at $ __150,000 PSB__
_Not to be incarcerated overnight_

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**INFORMATION COPY ONLY**

**MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL**

AO 442 (Rev. 12/85) Warrant for Arrest



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-CR-DIMITROULEA

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(b)(2)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
vs.                            )
                               )
                               )
BERT E. HARRIS,                )
                               )
            Defendant.         )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 15, 1999, in Broward County, in the Southern District of Florida, the defendant,

**BERT E. HARRIS,**

did knowingly receive and attempt to receive a visual depiction, that is, a videotape entitled "INCEST FAMILY" that had been mailed, and had been shipped and transported in interstate commerce, and which contained materials which had been mailed and shipped in interstate commerce, depicting minors engaging in

sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including but not limited to a visual depiction of the following:

> With respect to "INCEST FAMILY:" a visual depiction of a sexually mature female and a minor female engaged in oral-genital sexual intercourse upon a sexually mature male, and further depicting the aforementioned sexually mature female engaged in masturbation of the aforementioned minor female.

the production of which involved the use of one or more minors engaging in sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT II

On or about December 15, 1999, in Broward County, in the Southern District of Florida, the defendant,

**BERT E. HARRIS,**

did knowingly possess and attempt to possess a videotape entitled "INCEST FAMILY" which contained a visual depiction that had been mailed, and had been shipped and transported in interstate commerce, depicting minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including but not limited to a videotape of the following:

> With respect to "INCEST FAMILY:" a visual depiction of a sexually mature female and a minor female engaged in oral-genital sexual intercourse upon a sexually mature male, and further depicting the aforementioned sexually mature female engaged in masturbation of the aforementioned minor female.

the production of which involved the use of one or more minors

engaging in sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

BERT E. HARRIS

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami      ___ Key West
_X_ FTL        ___ WPB      ___ FTP

New Defendant(s)                ___ Yes ___ No
Number of New Defendants        _____
Total number of counts          _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)  ___NO___
   List language and/or dialect  _____

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_        Petty      ___
   II   6 to 10 days      ___        Minor      ___
   III  11 to 20 days     ___        Misdem.    ___
   IV   21 to 60 days     ___        Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:
   Judge: _____          Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)   ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:     99-4862-SNOW
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                          _____/s/ Kathleen Rice_____
                                          KATHLEEN RICE
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. 100765

\*Penalty Sheet(s) attached                                      REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name BERT E. HARRIS    Case No. _____

================================    ==================================================

Count #: 1

RECEIPT OF AND ATTEMPT TO RECEIVE VISUAL DEPICTION OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. § § 2252(a)(2), (b)(1)

**Max. Penalty:**    15 YEARS' IMPRISONMENT; $250,000 FINE
===========================================================================

Count #: 2

POSSESSION OF AND ATTEMPTED POSSESSION OF VIDEOTAPE CONTAINING VISUAL DEPICTION OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. § § 2252(a)(4)(B), (b)(2)

**Max. Penalty:**    5 YEARS' IMPRISONMENT; $250,000 FINE
===========================================================================

Count #.

_____

_____

**Max. Penalty:**
===========================================================================

Count #:

_____

**Max. Penalty:**
===========================================================================

Count #:

_____

**Max. Penalty:**
===========================================================================

===========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## BOND RECOMMENDATION

_____BERT E. HARRIS_____
                              DEFENDANT

$150,000 PSB  (Surety, Recognizance, Corp. Surety, Cash)
              (Jail)(On Bond)  (Warrant)(Summons)
              (Marshal's Custody)

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 100765


Last Known Address:
_____
_____
_____


What Facility:
_____


Agent(s):
         POSTAL INSPECTOR BILL BONNEY
              (FBI)(SECRET SERVICE)(DEA)(CUSTOMS)(ATF)

AC 199A    (Rev. 6/97) Order Setting Conditions of Release                                      Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

__Northern__ District of __Illinois__

United States of America

v.

Bert Harris

Defendant

*[DOCKETED MAR - 7 2000]*

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 00 CR 0157

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                    Place
_____ on _____
                                     Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✗ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ___$25,000  Twenty-Five Thousand___ dollars ($ __25,000__ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and state) _____   (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
                Custodian or Proxy                                  Date

(✓) (7) The defendant shall:
( ) (a) report to the _Pre-Trial Services (via telephone)_
        telephone number _312-435-5783_ not later than _2xs weekly_.
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
( ) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to: _____
( ) (h) obtain no passport.
(✓) (i) abide by the following restrictions on personal association, place of abode, or travel:
        _To Remain in Northern Distr. of Illinois Except to Sothern Distr. of FLA. for Crt._
( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
( ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ) (v) _____
( ) (w) _____
( ) (x) _____

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

693 Elizabeth
Address

South Elgin, IL          (847) 697-1635
City and State           Telephone

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: March 6, 2000

_____
Signature of Judicial Officer

ARLANDER KEYS, U.S. Magistrate Judge
Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

VS.

Bert Harris

APPEARANCE BOND FOR

Case No. 00CR152

FILED MAR 06 2000
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

DOCKETED MAR -7 2000

I, the undersigned, acknowledge that I am bound to pay to the United States of America the sum of _Twenty five Thousand_ dollars ($25,000.00), **OWN RECOGNIZANCE**.

The conditions of this bond are that I will appear before the United States District Court for the Northern District of Illinois at Chicago, Illinois, and at such other places as I may be required to appear, in accordance with any and all orders and directions relating to my appearance in the above-entitled matter as may be given or issued by a Magistrate Judge or Judge of the United States District Court to which I may be removed or the Cause transferred; I am not to depart the Northern District of Illinois, or the jurisdiction of any other United States Court to which I may be removed or transferred after I have appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate Judge or the United States District Court for the Northern District of Illinois or the United States District Court for such other district: That I am to abide by any judgment entered in such matter by surrendering myself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the Court imposing it may prescribe.

If I appear as ordered and otherwise obey and perform the foregoing conditions of this bond, then this bond is to be void; but if I fail to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against me for the amount stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

I agree and understand that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as I am duly exonerated.

This bond is signed on this _6th_ day of _March 2000_ at Chicago, Illinois.

_____
Signature of Defendant

Signed and acknowledged before me this _6th_ day of _March_, _2000_

~~Magistrate Judge~~    Deputy Clerk

**PLEASE PRINT**
**DEFENDANT INFORMATION**

Name: BERT E. HARRIS

Address: 693 Elizabeth

City and State: South Elgin, IL

Phone: (847) 697-1635

(Individual Who Can Contact Defendant)

Name: Marjorie Harris

Address: 693 Elizabeth South Elgin

Phone: (847) 697 1635

(Revised 11/92)

3

# United States District Court
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

MAR - 7 2000

UNITED STATES OF AMERICA )
)
vs. )
__Bert Harris_____ )   NO. __00 - 157__
_____ )
)
)

ORDER APPOINTING COUNSEL   Bond Purposes Only

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: __March 6, 2000__

ENTER:

__Arlander Keys_____
Signature of U.S. District Court Judge,
Magistrate (or Clerk or Deputy Clerk
by order of the Court)



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED MAR -6 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

RECEIVED MAR 0 6 2000
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

DOCKETED MAR -7 2000

In the Matter of

USA
v.
Harris

Case Number: 00 - 157

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Bert Harris

**(A)**
SIGNATURE: Robert D. Seeder
NAME: Robert D. Seeder
FIRM: FEDERAL DEFENDER PROGRAM
STREET ADDRESS: 55 E. MONROE STREET #2800
CITY/STATE/ZIP: CHICAGO, ILLINOIS 60603
TELEPHONE NUMBER: 312 621-8300
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR? YES [X] NO [ ]
TRIAL ATTORNEY? YES [X] NO [ ]

**(B)** [blank]

**(C)** [blank]

**(D)** [blank]

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 157 | **DATE** | 3/6/2000 |
| **CASE TITLE** | | USA vs. Bert Harris | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Removal proceedings held. Enter order appointing Robert Seeder of the Federal Defender Program as counsel for the Defendant in this proceeding only. Defendant waives identitiy hearing. Order Defendant removed to the U.S. District Court for the Southern District of Florida. Bond hearing held. *AK*

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | MAR - 7 2000 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| VKD | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

```
                                                              TERMED
                     U.S. District Court
            Northern District of Illinois (Chicago)

            CRIMINAL DOCKET FOR CASE #: 00-CR-157-ALL

USA v. Harris                                        Filed: 03/06/00
Dkt# in other court: None

Case Assigned to:  Hon. Arlander Keys

BERT HARRIS (1)                 Robert David Seeder
     defendant                  [COR LD NTC pda]
                                Federal Defender Program
                                55 East Monroe Street
                                Suite 2800
                                Chicago, IL 60603
                                (312) 621-8300


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints                      Disposition

18:2252(a)(2) Knowlingly
receiving or distributing
child     pornography
```

```
Proceedings include all events.                                          TERMED
1:00cr157-ALL USA v. Harris

BERT HARRIS

          defendant


=========================

UNITED STATES OF AMERICA

          plaintiff


U. S. Attorneys:

   Anthony James Masciopinto
   [COR LD NTC]
   United States Attorney's Office
   219 South Dearborn Street
   Suite 500
   Chicago, IL 60604
   (312) 353-5300

   Pretrial Services
   [NTC]
   Probation Department
   Room 1100
   [NTC]
   .
```

```
Proceedings include all events.                                TERMED
1:00cr157-ALL USA v. Harris

3/6/00    1      RULE 40 Affidavit for Removal Proceeding Hon. Arlander Keys
                 (Ft. Launderdale, Florida) (pp) [Entry date 03/07/00]

3/6/00    2      ORDER by Hon. Arlander Keys setting conditions of release
                 for Bert Harris in the amount of $25,000.00 own
                 recognizance  Condition 7(a):  (For further details see
                 order) (pp) [Entry date 03/07/00]

3/6/00    3      BOND ($25,000.00 own recognizance) by Bert Harris (pp)
                 [Entry date 03/07/00]

3/6/00    4      ORDER appointing counsel as to Bert Harris (pp)
                 [Entry date 03/07/00]

3/6/00    5      APPEARANCE of Attorney for Bert Harris  by Robert David
                 Seeder (pp) [Entry date 03/07/00]

3/6/00    6      MINUTE ORDER of 3/6/00 by Hon. Arlander Keys as to Bert
                 Harris : Removal proceedings held.  Enter order appointing
                 Robert Seeder of the Federal Defender Program as counsel
                 for the defendant in this proceedings only. Defendant
                 waives identity hearing. Order defendant removed to the
                 United States District Court for the Southern District of
                 Florida. Bond hearing held.   case terminated Mailed
                 notice (pp) [Entry date 03/07/00]

3/7/00    --     CERTIFIED and transmitted to United States District Court
                 for the Southern District of Florida, Fort Lauderdale the
                 complete record as to Bert Harris (pp) [Entry date 03/07/00]
```

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

BY [signature]

DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: MAR - 7 2000