MAGISTRATE JUDGE BARRY SELTZER - FORT LAUDERDALE MINUTES

DEFT: Bert Harris (surrender)
AUSA: Kathleen Rice  present
AGENT:
PROCEEDING: Initial Appearance
BOND HEARING HELD - yes/no
BOND SET @ $25,000
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed  in Illinois  x's a week/month by phone, in person, x's a week/month
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL + ND/IL
12) Halfway House
    Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

CASE NO: 00-6051-CR-Dimitrouleas
ATTNY: Pat Hunt
VIOL:
BOND REC: (bond set in district of arrest)
COUNSEL APPOINTED: APD

FILED APR 12 2000 CLERK U.S. DIST CT. S.D. OF FLA. FT. LAUD.

PSB cont'd as set in District of Arrest

Advised of charges
Sworn for counsel
+ sworn
Partially indigent
must deposit
$250 into Reg.
of Ct. w/in
30 days

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:
                                    DATE:           TIME:       JUDGE:
INQUIRY RE COUNSEL: partial indigence  5-12-00   11:00am    BSS
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:                    4-27-00   11:00am    LSS
DATE: 4-12-00
TIME: 11:00am                TAPE # 00-025  PG # 3
                             2762-3075
                             Recalled
                             00-025