

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Bert Harris

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-12-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:      Address:   SEE BOND

Telephone: _____

DEFENSE COUNSEL:    Name:   FPD

Address: _____

Telephone: _____

BOND SET/~~CONTINUED~~: $ 25,000 PSB

Bond hearing held: yes __X__ no ____ Bond hearing set for _____

Dated this __12__ day of __April__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _[signature]_
Deputy Clerk

Tape No. 00-025/026

cc: Clerk for Judge
    U. S. Attorney

