## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

BERT E. HARRIS

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: **00-6051**

DR. DIMITROULEAS
Name MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest __BERT E. HARRIS__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)

RECEIVING VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR AND POSSESSING A VIDEOTAPE WHICH CONTAINED VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR

in violation of Title __18__ United States Code, Section(s) __2252(a)(2), (a)(4)(B)__

**Clarence Maddox**
Name of Issuing Officer

*[signature]*
Issuing Officer

Bail fixed at $ __150,000 PSB__
Not to be incarcerated overnight

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

3/02/00 at Fort Lauderdale, Florida
Date and Location

*[signature]* LURANA S. SNOW
by __CHIEF MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Subject arrested in Chicago, IL

| DATE RECEIVED 3/2/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshals | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/6/2000 | FOR: USP | Fred Depompa |

AO 442 (Rev. 12/85) Warrant for Arrest

