HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __RYAN CREECH__ CASE NO: __00-6082-CR-FERGUSON__

AUSA __ROGER POWELL__ / Mitrani    ATTY __FPD__

*Disc out* — 2 weeks for mot 5-11          00-022 @ 526

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT __BERT HARRIS__ CASE NO: __00-6051-CR-DIMITROULEAS__

AUSA __KATHLEEN RICE__ / Mitrani    ATTY __FPD__

Disc out — No pending motions — possible plea — 2 add'l weeks for motions — May 11        @ 561

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DATE __4-27-00__      TIME __11:00__

