UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-~~FERGUSON~~

UNITED STATES OF AMERICA,      :

      Plaintiff,            :

v.                             :

BERT HARRIS,                   :

      Defendant.            :

## STATUS REPORT

A status conference was held in this cause on April 27, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of May, 2000.

                                    LURANA S. SNOW
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Federal Public Defender's Office (FTL)

