UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA

    CASE NO. 00-6051-CR-DIMITROULEAS/JOHNSON

UNITED STATES OF AMERICA    )
                                        )
v.                                  )
                                        )
BERT HARRIS,                  )
    Defendant.            )
_____)

**GOVERNMENT'S FIRST SUPPLEMENTAL**
<u>**RESPONSE TO THE STANDING DISCOVERY ORDER**</u>

The United States hereby files this first supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.
    5.    Attached please find a photocopy of the delivery receipt signed by Bert Harris on 12/15/99; and a report of interview dated January 5, 2000

            The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.



The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

The attachments to this response are numbered Exhibits 36 and 38. These attachments have not been filed with the Court. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
Assistant United States Attorney
Florida Bar No. 100765
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336

cc:  Postal Inspector William Bonney

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 3rd day of May, 2000, to: Robert Berube, Assistant Federal Public Defender, 101 N.E. Third Avenue, Suite 202, Fort Lauderdale, FL 33394.

                                            KATHLEEN RICE
                                            Assistant United States Attorney