UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-CR-DIMITROULEAS
Magistrate Judge Johnson

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BERT HARRIS,

    Defendant.

_____/

## MOTION FOR CONTINUANCE

The Defendant, Bert Harris, through counsel, files this Motion For Continuance and states; Undersigned counsel has reviewed the discovery and the same has been provided to the Defendant. Mr. Harris resides in Elgin, Illinois and has been in contact with undersigned counsel regarding the resolution of this case. It is anticipated that this case will be resolved with a plea, however undersigned counsel requests a brief continuance of three weeks to finalize the outstanding issues. The Defendant does not have any objections to this request for a continuance. Calendar Call is scheduled for May 12, 2000 at 9:00 a.m.

Defendant Harris requests permission to be excused from attending the calendar call as he would be required to fly here for this brief proceeding. He is aware of the importance of this proceeding however he would incur a significant financial burden. Recently he obtained a new employment in the Elgin, Illinois area.



Undersigned counsel has provided the Defendant with an affidavit requesting his signature. The affidavit informs the Defendant about his right to a speedy trial. The affidavit was signed by Defendant Harris and filed at the time the Motion For Continuance was filed. .

Assistant United States Attorney Kathleen Rice does not object to this request for a brief continuance.

WHEREFORE, the Defendant, Bert Harris, through counsel, requests a brief continuance of this case so that a few remaining issues may be resolved. Additionally the Defendant request's permission to be excused from the calendar call.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*
Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 4th day of May, 2000, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*
Robert N. Berube