UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-CR-DIMITROULEAS
Magistrate Judge Johnson

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BERT HARRIS,

    Defendant.

_____/



## AFFIDAVIT REQUESTING PERMISSION TO BE EXCUSED FROM ATTENDANCE AT CALENDAR CALL

The Defendant, Bert Harris, through counsel, files this Affidavit requesting permission to be excused for the calendar call and states:

The Calendar Call is scheduled for May 12, 2000 at 9:00 a.m. The Defendant resides in Elgin, Illinois and has been in contact with undersigned counsel. Defendant Harris is requesting that he be excused from attending this court proceeding as it will cause an extreme financial hardship. The Defendant has been advised that pursuant to 18 U.S.C. § 3161(c)(1) he is aware that he is entitled to be proceed to trial within seventy days from his arraignment. He is waiving his claim to a speedy trial of this matter.

A motion to continue the trial for a brief period of time will be filed prior to the May 5, 2000 deadline.



WHEREFORE, the Defendant, Bert Harris, through counsel, requests permission to be excused from the calendar call scheduled for May 12, 2000, at 9:00 a.m.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____          By: _____
Bert Harris                           Robert N. Berube
Defendant                             Supervisory Assistant
                                      Federal Public Defender
                                      Florida Bar No. 304247
                                      Attorney for Defendant
                                      101 N.E. 3rd Avenue, Suite 202
                                      Fort Lauderdale, Florida 33301
                                      (954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 4th day of May, 2000, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube