UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6051-CR-DIMITROULEAS

    Plaintiff,

vs.

BERT HARRIS,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's May 4, 2000 Motion For Continuance [DE-18] and Affidavit Requesting Permission to be Excused from Attendance at Calendar Call [DE-19], said motions are GRANTED. Bert Harris is excused from the Calendar Call on May 12, 2000 as that Calendar Call is canceled. The case is continued to June 5, 2000 at 9:00 A.M. with a Calendar Call on June 2, 2000 at 9:00 A.M. The Defendant must be present on both dates.

IT IS ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

**Copies furnished to:**
Kathleen Rice, AUSA
Robert Berube, AFPD

