UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CR-DIMITROULEAS
MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

BERT HARRIS,

        Defendant.

## MOTION FOR PERMISSION TO TRAVEL

Defendant, Bert Harris, through counsel, respectfully moves for the entry of an Order modifying his conditions of bond to allow him to travel. The Defendant resides at 693 Elizabeth Street, Elgin, Illinois with his wife and family. He would like to travel to a family reunion which will be held at the Pennellwood Resort, 10652 Range Line Road, Berrien Springs, Michigan, from May 26, 2000, until May 29, 2000. In support of this motion, Defendant states as follows:

1.    Defendant made his initial appearance on April 12, 2000, charge with Receipt of Child Pornography. He is currently free on a $25,000, Personal Surety Bond. Standard conditions of bond do not permit travel without prior approval.

2.    The defendant would like to travel to Berrien Springs, Michigan, from May 26, 2000, in order to attend his family reunion. Defendant would be driving to Berrien Springs, on May 26, and would return on Monday, May 29, 2000. While in Berrien Springs, Mr. Harris would be staying at Pennelwood Resort located at 10652 Range Line Road, Berrien Springs, Michigan 49103 (616) 473-2511.



3. Undersigned counsel has contacted Kathleen Rice, the Assistant United States Attorney handling this case for the government, the government does not object to the Defendant's Motion to travel.

WHEREFORE, the Defendant Bert Harris, through undersigned counsel respectfully requests that his bond conditions be modified to permit travel out of the District as stated above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 304247
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 15 day of May, 2000 to Kathleen Rice, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*

Robert N. Berube