UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CR-DIMITROULEAS
MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERT HARRIS,

    Defendant.

## ORDER ON DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL TO MODIFY BOND CONDITIONS

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Modify Bond Conditions and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Berrien Springs, Michigan, departing May 26, 2000, and returning no later than May 29, 2000. While in Berrien Springs, the Defendant shall reside at the Pennelwood Resort, 10652 Range Line Road, Berrien Springs, Michigan 49103 (616) 473-2511.

DONE AND ORDERED on this ____ day of May, 2000 at Fort Lauderdale, Florida.

UNITED STATES MAGISTRATE JUDGE
DISTRICT

cc: Robert N. Berube, AFPD
    Kathleen Rice, AUSA
    Pretrial Services

