## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
JUN 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6051-CR-WPD   DATE: June 2, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Bert Harris

U.S. ATTORNEY: Kathleen Rice   DEFT. COUNSEL: Robert Derube

REASON FOR HEARING: Calendar Call / Status Conf.

*RESULT OF HEARING: Change of plea.
Deft sworn and questioned by the
Court. Deft to enter Guilty plea
to Count 2. Gov to dismiss Count 1
(a) Sentencing

JUDGMENT: Court accepts Guilty plea

CASE CONTINUED TO: 8/11/00   TIME: 8:30   FOR: Sentencing
MISC: Written plea agreement filed.