UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-CR-DIMITROULEAS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERT HARRIS.

    Defendant.

_____/

## UNOPPOSED MOTION TO FOR PERMISSION TO TRAVEL

Comes now the Defendant, Bert Harris, through counsel, respectfully moves for the entry of an Order allowing him to travel to Los Angeles, California, from June 22, 2000, until June 25, 2000. In support of this motion, Defendant states as follows:

1. The Defendant made his initial appearance on April 12, 2000, on a Receipt of Child Pornography indictment. He is currently free on a $25,000, Personal Surety Bond. Standard conditions of bond do not permit travel outside the Southern District of Florida without prior approval.

2. The defendant would like to travel to Los Angeles, California, from June 22, 2000, in order to attend his son's wedding. The Defendant would be flying on American Airlines, departing on June 22, 2000 and returning on American Airlines on June 25, 2000.

3. The Defendant would be staying Howard Johnson's, Los Angeles International Airport, 8620 Airport Boulevard, Los Angeles, California 90045, (310) 645-7700.



3.     Undersigned counsel has contacted Assistant United States Attorney Kathleen Rice, who has authorized counsel to represent that the government does not oppose the granting of the relief requested in this motion.

WHEREFORE, the Defendant Bert Harris, through undersigned counsel respectfully requests that his bond conditions be modified to permit travel out of the District as stated above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 304247
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this /3/ day of June, 2000 to Kathleen Rice, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and United States Pretrial Services, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube