UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6051-CR-DIMITROULEAS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERT HARRIS,

    Defendant.

_____/

### ORDER ON DEFENDANT'S UNOPPOSED
### MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion for Permission to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Los Angeles, California on June 22, 2000, and returning no later than June 25, 2000. While in Los Angeles, the Defendant shall stay at Howard Johnson's, Los Angeles International Airport, 8620 Airport Boulevard, Los Angeles, California 90045, (310) 645-7700.

DONE AND ORDERED on this ___ day of June, 2000 at Fort Lauderdale, Florida.

                                        _____
                                        BARRY S. SELTZER
                                        UNITED STATES MAGISTRATE JUDGE

cc:   Robert N. Berube, AFPD
      Kathleen Rice, AUSA
      Pretrial Services

