UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CR-DIMITROULEAS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERT HARRIS,

    Defendant.

_____/

NIGHT BOX
AUG 3 2000

### DEFENDANT BERT HARRIS' NOTICE OF INTENT TO FILE LATE DOWNWARD DEPARTURE MOTION

The Defendant, Bert Harris, through counsel, files this Notice of Intent to File Late Downward Departure Motion and states;

The sentencing in this matter is scheduled for Friday, August 11, 2000 at 8:30 a.m. Undersigned counsel has been anxiously awaiting the arrival of a psychiatric report prepared on behalf of the Defendant. As of the filing of this Motion, the psychiatric report has not been completed by the Defendant's doctor. This report is being prepared by the Defendant's doctor who resides in Elgin, Illinois.

Immediately upon receipt of the report, copies will be delivered to Assistant United States Attorney Kathleen Rice and to United States Probation Officer Frank Smith.



WHEREFORE, the Defendant, Bert Harris, prays that the Court will permit the Defendant to argue all facts in mitigation which may be contained in the psychiatric report.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 3\[rd\] day of August, 2000, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube