UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CR-DIMITROULEAS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERT HARRIS,

    Defendant.

_____/

FILED by ____ D.C.

AUG 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendant's Notice of Intent to File Late Downward Departure Motion and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant is permitted to file his Motion to Downward Departure upon receipt of the psychiatric report.

DONE AND ORDERED on this 4 day of August, 2000 at Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Robert N. Berube, AFPD
      Kathleen Rice, AUSA