FILED by _____ D.C.

AUG 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00-6051-CR-WPD_    DATE: _August 11, 2000_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    _Bert Harris_

U.S. ATTORNEY: _Kathleen Rice_    DEFT. COUNSEL: _Robert Berube, AFPD_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Imposed:_
_8 months Imprisonment w/ 4 months to Be_
_Served in prison + 4 months to Be Served in_
_home detention. 3 years Supervised Release_
_No Fine, $100 Assessment_

~~JUDGMENT:~~ _the Court departs from Guideline_
_range due to diminished capacity_

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _Deft Informed of Right To Appeal_

