DEFENDANT: **BERT HARRIS**
CASE NUMBER: **0:00CR06051-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **4  month(s)**  .

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility in Illinois.**

FILED by _____ D.C.
DKTG
SEP  0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on  __8-30-2000__  to  __Federal Detention Center Miami, FL.__
at  __33 NE 4 St. Miami, FL. 33128__ with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __Ariel O. Guerrero, L.I.E.__