UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6051-CR-DIMITROULEAS

Plaintiff,

vs.

BERT HARRIS,

Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on Defendant's Motion to Compel Compliance with the Judgment and Commitment Order and the Court having been fully advised, it is hereby

ORDERED and ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government, or Defendant, in particular, on the issue of the Court's jurisdiction to order credit for time served.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of January 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Robert Berube, AFPD
Kathleen Rice, AUSA

