UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6051-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BERT HARRIS,

        Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and files its response to the defendant's motion to compel compliance with the judgment and commitment order and states as follows:

1. The defendant has filed a motion to compel compliance which seeks relief in three areas: first, that the defendant's period of home confinement be recognized as commencing on December 11; that the defendant not be subjected to electronic monitoring; and third, that the defendant no longer be required to submit to urinalysis. With respect to the second and third issues, the defendant has correctly stated the government's position in his motion.

2. With respect to the first issue, the government has no objection to the defendant's period of home confinement being recognized as commencing on December 11, 2000. As the Judgment and Commitment Order in this case stated, the period of home confinement was to commence immediately upon the defendant's release from prison. The defendant immediately,



and in compliance with the terms of the Court's Order, reported to the United States Probation Office in Chicago. Due to a number of administrative difficulties, the defendant was not actually placed on home confinement for an additional month, that is, until January 10, 2001.

3. The government submits that the relief sought by the defendant is properly within this Court's jurisdiction. The defendant is no longer within the custody of the Bureau of Prisons, an entity separate from the United States Courts. Rather, as of December 11, 2000, the date on which he first reported to Probation, he became subject to the control and supervision of the United States Probation Office, which is not a separate entity from the Courts. Therefore, it is within this Court's jurisdiction for the Court to ensure that the Probation Office act consistently with the Court's Orders.

Respectfully submitted:

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Boulevard, Seventh Floor
Fort Lauderdale, Florida 33394
(TEL): (954) 356-7255, ext. 3512
(FAX): (954) 356-7336

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 22nd day of January, 2001, to: Robert N. Berube, Assistant Federal Public Defender, 101 N.E. Third Avenue, Suite 202, Fort Lauderdale, Florida 33301.

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY