UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6051-CR-DIMITROULEAS

    Plaintiff,

vs.

BERT HARRIS,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on Defendant's Motion To Compel Compliance with the Judgment and Commitment Order [DE-34], and the Court having received a January 19, 2001 Supplement, the Court finds as follows:

1. On August 11, 2000, the Defendant was sentenced to four (4) months in prison to be followed by three (3) years of supervised release. The first four (4) months of supervised release were to be spent in home confinement. [DE-32].

2. The Defendant is to be given credit for one month of home confinement. Therefore, the Defendant's remaining three (3) months of home confinement commenced on January 10, 2001.

3. Second, the Defendant complains about the cost of electronic monitoring. The Court did not order electronic monitoring, only home confinement. Any electronic monitoring requirement is deleted.

4. The Court ordered the Defendant to follow the standard conditions of probation. There were no requirements of periodic urinalysis testing. If the Defendant passes the first three



(3) urinalysis tests, no further testing is required.

Wherefore, Defendant's Motion to Compel Compliance is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of January, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Robert Berube, AFPD

Kathleen Rice, AUSA

United States Probation Office