**United States Government**
M E M O R A N D U M

| | |
|---|---|
| **DATE:** | April 24, 2001 |
| **FROM:** | John E. Minnelli, U. S. Probation Officer<br>Ft. Lauderdale, FL |
| SUBJECT: | **HARRIS, Bert**<br>**Docket No. 00-6051-CR-Dimitrouleas**<br>**SD/FL PACTS No. 63080** |
| **TO:** | Clerk's Office, Magistrate Section<br>U. S. District Court, Ft. Lauderdale, Fl |

Attached is Probation Form 22, Transfer of Jurisdiction, signed in Part One on March 19, 2001, by the Honorable William P. Dimitrouleas, U. S. District Judge, Southern District of Florida, Ft. Lauderdale, and signed in Part Two on April 11, 01, by the Honorable Marvin Aspen, U. S. District Judge, Northern District of Illinois.

Please forward your complete file to the Clerk of Court in the Northern District of Illinois-Eastern Division.

JEM/dem
Attachment

PROB 22
Rev. 2/88

DOCKET NUMBER (Tran.Ct
00-6051-CR-Dimitrouleas

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Rec.Ct.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Bert Harris<br>693 Elizabeth St<br>South Eglin, Il 60177 | DISTRICT<br>Southern District of Florida | DIVISION<br>Dimitrouleas | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable William P. Dimitrouleas | | |
| SD/FL PACTS No.<br>63080 | DATES OF PROB/<br>SUPERVISED RELEASE | FROM<br>December 8, 2000 | TO<br>Dec 7, 2003 |

OFFENSE: Possession of Child Pornography in violation of Title 18 U.S.C. § 2252 (a)(4)(B).

FILED by _____ D.C.
DKTG

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Illinois</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 19, 2001
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois.

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/11/01
Effective Date

_____
United States District Judge

