# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



April 27, 2001

United States District Court
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn St
Chicago, IL    60604


RE:  *USA -vs- Bert Harris*
         Case No. 00-6051-CR-WPD

Dear Sir:

In compliance with the Order of Transfer of the Honorable William
P. Dimitrouleas, U.S. District Judge of 3/19/01, we are forwarding
herewith the court file together with a certified copies of the
Indictment, Judgment, Docket sheet and Transfer Order.

Please acknowledge receipt of the above on the enclosed copy of
this letter.


CLARENCE MADDOX
Clerk of Court


by: _____
        Deputy Clerk

Encl.

□301 N. Miami Avenue    □299 E. Broward Boulevard    □701 Clematis Street    □301 Simonton Street    □300 S. Sixth Street
Room 150                Room 108                     Room 402                Room 130                Ft. Pierce, FL 34950
Miami, FL 33128         Ft. Lauderdale, FL 33301     W. Palm Beach, FL 33401 Key West, FL 33040      561-595-9691
305-523-5100            954-769-5400                 561-803-3400            305-295-8100

