# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT

**RECEIVED**

APR 3 0 2001



April 27, 2001

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn St
Chicago, IL   60604

RE:   *USA -vs- Bert Harris*
      Case No.00-6051-CR-WPD

Dear Sir:

In compliance with the Order of Transfer of the Honorable William P. Dimitrouleas, U.S. District Judge, of 3/19/01, we are forwarding herewith the court file together with a certified copies of the Indictment, Judgment, Docket sheet and Transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: *[signature]*
Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of: 1) court file
            2) Certified copy of
               Transfer Order
            3) Certified copy of
               Docket sheet

is hereby acknowledged. This case has been assigned our case number:

_____

by: **MARSHA GLENN**_____, Deputy Clerk

on: **APR 3 0 2001**

---

☐301 N. Miami Avenue    ☐299 E. Broward Boulevard    ☐701 Clematis Street    ☐301 Simonton Street    ☐300 S. Sixth Street
Room 150              Room 108                    Room 402              Room 130              Ft. Pierce, FL 34950
Miami, FL 33128       Ft. Lauderdale, FL 33301    W. Palm Beach, FL 33401   Key West, FL 33040    561-595-9691
305-523-5100          954-769-5400                561-803-3400          305-295-8100

